UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
                                      :        14-cv-9662 (JSR)
In re: PETROBRAS SECURITIES           :
LITIGATION                            :        ORDER
                                      :
This Document Applies to: ALL CASES   :
                                      :
--------------------------------------x

JED S. RAKOFF, U.S.D.J.

    All proceedings in this case having been fully resolved, the

Clerk of the Court is directed to close the case.


    SO ORDERED

Dated:    New York, NY
          July 13, 2021                JED S. RAKOFF, U.S.D.J.


1